JOSEPH P. TOMS, Respondent, *v.* HENRY GREENWOOD et al., Appellants, et al., Respondents.

(Argued December 16, 1891; decided January 20, 1892.)

APPEAL from order of the General Term of the Superior Court of the city of Buffalo, made April 9, 1890, which denied a motion for a new trial and affirmed an interlocutory judg-

ment, entered upon a decision of the court on trial at Special Term.

*Simon Fleischmann* for appellant.

*Frank C. Ferguson* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.  _____